# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| STRIKER CORPORATION #2 | § | Case No. 19-10084 TWD |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 436,143.81 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 7,738.31 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 25,485.19 | |

3) Total gross receipts of $ 42,565.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,341.50  (see **Exhibit 2**), yielded net receipts of $ 33,223.50  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 18,467.14 | $ 17,393.17 | $ 6,664.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,058.53 | 14,058.53 | 25,485.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,198.67 | 47,345.92 | 47,345.92 | 1,073.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,956.39 | 50,726.14 | 16,911.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 23,155.06 | $ 130,597.73 | $ 95,709.34 | $ 33,223.50 |

4)  This case was originally filed under chapter 7 on  01/11/2019 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/10/2020                          By:/s/Ronald G. Brown - Chapter 7 Trustee
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 42,565.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,565.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| UNVERSITY VILLAGE | Non-Estate Funds Paid to Third Parties | 8500-000 | 9,341.50 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,341.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | KING COUNTY TREASURY OPERATIONS | 4800-000 | NA | 18,467.14 | 17,393.17 | 6,664.54 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 18,467.14** | **$ 17,393.17** | **$ 6,664.54** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN, TRUSTEE | 2100-000 | NA | 2,929.68 | 2,929.68 | 2,929.68 |
| TRUSTEE EXPENSES:RONALD G. BROWN, TRUSTEE | 2200-000 | NA | 251.55 | 251.55 | 251.55 |
| JAMES G. MURPHY CO. | 2990-000 | NA | 0.00 | 0.00 | 11,426.66 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):DAVID A. GEBBEN | 3210-000 | NA | 9,500.00 | 9,500.00 | 9,500.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):DAVID A. GEBBEN | 3220-000 | NA | 386.60 | 386.60 | 386.60 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 975.00 | 975.00 | 975.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 15.70 | 15.70 | 15.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 14,058.53 | $ 14,058.53 | $ 25,485.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All American Fire Protection | | 0.00 | NA | NA | 0.00 |
| | Bargreen Ellingson | | 0.00 | NA | NA | 0.00 |
| | Central Welding Supply | | 0.00 | NA | NA | 0.00 |
| | Century Link | | 0.00 | NA | NA | 0.00 |
| | City of Seattle Licensing and Tax Admin | | 0.00 | NA | NA | 0.00 |
| | Comfort Systems USA (NW) | | 0.00 | NA | NA | 0.00 |
| | Cozzini Bros, Inc. | | 0.00 | NA | NA | 0.00 |
| | DSL | | 0.00 | NA | NA | 0.00 |
| | Dept. of Labor and Industries | | 8,198.67 | NA | NA | 0.00 |
| | ECOLAB | | 0.00 | NA | NA | 0.00 |
| | Fischer Plumbing | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gift Cards Outstanding | | 0.00 | NA | NA | 0.00 |
| | Intercompany Amounts | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | JFC Alcohol | | 0.00 | NA | NA | 0.00 |
| | JFC International | | 0.00 | NA | NA | 0.00 |
| | King County Treasury | | 0.00 | NA | NA | 0.00 |
| | NW Kitchen Exhaust Cleaning, Inc. | | 0.00 | NA | NA | 0.00 |
| | Nortech | | 0.00 | NA | NA | 0.00 |
| | Plastic Sales & Services | | 0.00 | NA | NA | 0.00 |
| | React Audiovisual Systems | | 0.00 | NA | NA | 0.00 |
| | Roto-Rooter | | 0.00 | NA | NA | 0.00 |
| | Service Linen | | 0.00 | NA | NA | 0.00 |
| | Southern Glazer's Wine & Spirits | | 0.00 | NA | NA | 0.00 |
| | Sysco | | 0.00 | NA | NA | 0.00 |
| | The Electric Company | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Haddow Group, LLC | | 0.00 | NA | NA | 0.00 |
| | True World Foods, Inc. | | 0.00 | NA | NA | 0.00 |
| | WA State Dept of Revenue | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Bank NW (Ampli) | | 0.00 | NA | NA | 0.00 |
| | Young Ocean, Inc. | | 0.00 | NA | NA | 0.00 |
| | Youngs Columbia Dist. | | 0.00 | NA | NA | 0.00 |
| 2 | WA DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 37,934.28 | 37,934.28 | 860.32 |
| 5 | WA ST EMPLOYMENT SECURITY DEPARTMEN | 5800-000 | 0.00 | 9,411.64 | 9,411.64 | 213.45 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 8,198.67** | **$ 47,345.92** | **$ 47,345.92** | **$ 1,073.77** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | DUCK DELIVERY OF WASHINGTON, INC. | 7100-000 | 12,926.80 | 38,067.08 | 12,996.34 | 0.00 |
| 7 | PUGET SOUND ENERGY | 7100-000 | NA | 4,512.73 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | RICARDO GONZALEZ | 7100-000 | 1,754.34 | 3,688.71 | 1,754.34 | 0.00 |
| 3 | SUPERIOR SERVICES WINDOW CLEANING, | 7100-000 | NA | 2,085.00 | 790.00 | 0.00 |
| 4 | TAPMAN VR | 7100-000 | 275.25 | 1,298.85 | 297.27 | 0.00 |
| 1B | KING COUNTY TREASURY OPERATIONS | 7300-000 | NA | 1,073.77 | 1,073.77 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,956.39 | $ 50,726.14 | $ 16,911.72 | $ 0.00 |

| | |
|---|---|
| Case No:          19-10084      TWD   Judge: Timothy W. Dore | Trustee Name:          Ronald G. Brown - Chapter 7 Trustee |
| Case Name:        STRIKER CORPORATION #2 | Date Filed (f) or Converted (c):   01/11/19 (f) |
| | 341(a) Meeting Date:     02/07/19 |
| For Period Ending:  12/10/20 | Claims Bar Date:         07/30/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. US Bank - Sweep checking acct X1089<br>    Minimal or no equity with costs of sale. | 363.76 | 363.76 | | 0.00 | FA |
| 2. US Bank - Checking acct X8256<br>    Minimal or no equity with costs of sale. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts receivable<br>    Asset value listed on schedules; debtor incorrectly value<br>    "Unknown" elsewhere on Schedule A/B; disputed asset of estate; may<br>    be asset of separate bankruptcy Madison Holdings; not collectible. | 15,571.05 | 15,571.05 | | 0.00 | FA |
| 4. Inventory (food and liquor)<br>    Asset value listed as net book value on schedules; debtor incorrectly<br>    states value "Unknown" elsewhere on Schedule A/B; abandonment<br>    order 2/28/19 on food inventory and perishables; schedules and<br>    amended state at Schedule A/B #25 that the sum of $36.013 of the<br>    inventory was purchased  20 days before bankruptcy filed. | 39,708.00 | 39,708.00 | OA | 0.00 | FA |
| 5. Inventory (paper and supplies)<br>    Asset value listed as net book value on schedules; debtor incorrectly<br>    states value "Unknown" elsewhere on Schedule A/B; asset sale and<br>    disputed landlord claims settled per 5/9/19 court order. | 2,732.00 | 2,732.00 | | 0.00 | FA |
| 6. Office fixtures<br>    Asset value on schedules listed as net book value on attachment to<br>    schedules; debtor incorrectly states value "Unknown" elsewhere on<br>    Schedule A/B; asset sale and disputed landlord claims settled per 5/9/19 | 1,377.00 | 1,377.00 | | 0.00 | FA |

Case No:         19-10084        TWD    Judge: Timothy W. Dore

Case Name:      STRIKER CORPORATION #2

Trustee Name:              Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c):    01/11/19 (f)

341(a) Meeting Date:       02/07/19

Claims Bar Date:           07/30/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| court order. Asset investigation determined attachment to schedules may be inaccurate since they refer to consolidated assets in related bankruptcy cases or were disputed as assets of debtor. | | | | | |
| 7. Office equipment (software)<br>    Asset value listed on schedules ; attachment to schedules lists no value; asset sale and disputed landlord claims settled per 5/9/19 court order. Asset investigation determined attachment to schedules may be inaccurate since they refer to consolidated assets in related bankruptcy cases or were disputed as assets of debtor. | 1,095.00 | 1,095.00 | | 0.00 | FA |
| 8. Collectibles (china)<br>    Asset value listed on schedules is $0.00; attachment to schedules lists net book value as -$.01;  trustee value is  fixed asset value listed on attachment; asset sale and disputed landlord claims settled per 5/9/19 court order. Asset investigation determined attachment to schedules may be inaccurate since they refer to consolidated assets in related bankruptcy cases or were disputed as assets of debtor. | 0.00 | 5,960.00 | | 0.00 | FA |
| 9. Machinery (restaurant equipment)<br>    Asset value listed as net book value on attachment to schedules; debtor incorrectly states value "Unknown" elsewhere on Schedule A/B; settlement with landlord on sale of asset authorized by 5/9/19 court order; estate received 70% of net auction sale proceeds per terms of court order. | 54,358.00 | 42,565.00 | | 42,565.00 | FA |
| 10. Leasehold - 2675 Village Ln NE Seattle WA | 374,745.00 | 374,745.00 | | 0.00 | FA |

Case No:    19-10084    TWD    Judge: Timothy W. Dore

Case Name:    STRIKER CORPORATION #2

Trustee Name:    Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c):    01/11/19 (f)

341(a) Meeting Date:    02/07/19

Claims Bar Date:    07/30/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset value listed as net book value on attachment to schedules; debtor incorrectly states value "Unknown" elsewhere on Schedule A/B; asset sale and disputed landlord claims settled per 5/9/19 court order. | | | | | |
| 11. Customer lists (third party provider maintains) | Unknown | 1.00 | | 0.00 | FA |
| Asset investigated; asset sale and disputed landlord claims settled per 5/9/19 court order. | | | | | |
| 12. Deposits (keg deposits) | 552.00 | 552.00 | | 0.00 | FA |
| Asset value listed as value on schedules attachment; debtor incorrectly states value "$0.00" elsewhere on Schedule A/B; asset sale and disputed landlord claims settled per 5/9/19 court order. Asset investigation determined attachment to schedules may be inaccurate since they refer to consolidated assets in related bankruptcy casesor were disputed as assets of the debtor. | | | | | |
| 13. Other prepayments (prepaid accts) (u) | 0.00 | 1.00 | | 0.00 | FA |
| Added by 1/30/19 amendment to schedules on attachment (pg. 9). asset investigated; asset value is placeholder value only and is not actual value of asset; not collectible. Asset investigation determined attachment to schedules may be inaccurate since they  refer to consolidated assets in related bankruptcy cases or were disputed as assets of the debtor. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $490,501.81 | $484,670.81 | | $42,565.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | | | | |
|---|---|---|---|---|
| Case No: | 19-10084     TWD    Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | STRIKER CORPORATION #2 | Date Filed (f) or Converted (c): | 01/11/19 (f) |
| | | 341(a) Meeting Date: | 02/07/19 |
| | | Claims Bar Date: | 07/30/19 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/01/21          Current Projected Date of Final Report (TFR): 02/01/21

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 19-10084 -TWD | |
| Case Name: | STRIKER CORPORATION #2 | |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5479  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4954 |
| For Period Ending: | 12/10/20 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/19 | 9 | JAMES G. MURPHY CO. P.O. BOX 82160 KENMORE, WA 98028-0160 | Sale Proceeds | | 21,796.84 | | 21,796.84 |
| | | JAMES G. MURPHY CO. | Memo Amount: 42,565.00 Sale Proceeds | 1129-000 | | | |
| | | JAMES G. MURPHY CO. | Memo Amount: ( 4,256.50 ) Administrative Expense | 2990-000 | | | |
| | | JAMES G. MURPHY CO. | Memo Amount: ( 7,170.16 ) Administrative Expense | 2990-000 | | | |
| | | UNVERSITY VILLAGE | Memo Amount: ( 9,341.50 ) Third Party (Landlord Interest) | 8500-000 | | | |
| 09/12/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 21,796.84 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 42,565.00 | COLUMN TOTALS | | 21,796.84 | 21,796.84 | 0.00 |
| Memo Allocation Disbursements: | 20,768.16 | Less: Bank Transfers/CD's | | 0.00 | 21,796.84 | |
| | | Subtotal | | 21,796.84 | 0.00 | |
| Memo Allocation Net: | 21,796.84 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 21,796.84 | 0.00 | |

Page Subtotals  21,796.84  21,796.84

Ver: 22.02g

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 19-10084 -TWD |
| Case Name: | STRIKER CORPORATION #2 |
| | |
| Taxpayer ID No: | *******4954 |
| For Period Ending: | 12/10/20 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0249  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 21,796.84 | | 21,796.84 |
| 10/28/20 | 020001 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Fees | 2100-000 | | 2,929.68 | 18,867.16 |
| 10/28/20 | 020002 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Expenses | 2200-000 | | 251.55 | 18,615.61 |
| 10/28/20 | 020003 | David A. Gebben Attorney at Law 1700 7th Avenue Suite 2100 Seattle, WA  98101 | Attorney  Fees | 3210-000 | | 9,500.00 | 9,115.61 |
| 10/28/20 | 020004 | David A. Gebben Attorney at Law 1700 7th Avenue Suite 2100 Seattle, WA  98101 | Attorney Expenses | 3220-000 | | 386.60 | 8,729.01 |
| 10/28/20 | 020005 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Accountant Fees | 3410-000 | | 975.00 | 7,754.01 |
| 10/28/20 | 020006 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 15.70 | 7,738.31 |
| 10/28/20 | 020007 | WA ST EMPLOYMENT SECURITY DEPARTMENT P O BOX 9046 OLYMPIA, WA 98507-9046 | Claim 5, Payment 22.26794% Priority Tax Claim | 5800-000 | | 213.45 | 7,524.86 |
| 10/28/20 | 020008 | WA Department of Revenue 2101 4th Ave Suite 1400 Seattle, WA 98121 | Claim 2, Payment 22.26792% Priority Tax Claim | 5800-000 | | 860.32 | 6,664.54 |
| 10/28/20 | 020009 | King County Treasury Operations | Claim 1A, Payment 238.31699% | 4800-000 | | 6,664.54 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 21,796.84 | 21,796.84 |

Ver: 22.02g

LFORM24

Case No: 19-10084 -TWD
Case Name: STRIKER CORPORATION #2

Taxpayer ID No: *******4954
For Period Ending: 12/10/20

Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Bank Name: Axos Bank
Account Number / CD #: *******0249 Checking Account

Blanket Bond (per case limit): $ 55,683,398.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 500 4th Avenue, Room 600 Seattle, WA 98104-2340 | Secured Claim | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 21,796.84 | 21,796.84 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 21,796.84 | 0.00 | |
| | | | Subtotal | | 0.00 | 21,796.84 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 21,796.84 | |

| | | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 42,565.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | | |
| Total Allocation Disbursements: | 20,768.16 | Checking Account (Non-Interest Earn - *******5479 | 21,796.84 | 0.00 | 0.00 |
| | | Checking Account - *******0249 | 0.00 | 21,796.84 | 0.00 |
| Total Memo Allocation Net: | 21,796.84 | | ------------- | ------------- | ------------- |
| | | | 21,796.84 | 21,796.84 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 22.02g

LFORM24